UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GUELDA E. BROWN,

                                             Plaintiff,                               18-cv-03861 (PGG ) (KHP)

                    -against-                                       **ORDER**

MONTEFIORE MEDICAL CENTER et al.,

                                            Defendant.
------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      As discussed during today's telephone conference, fact discovery is hereby extended through **February 28, 2020**. Defendants shall produce any outstanding documents by no later than **January 31, 2020**. Plaintiff will also serve formal responses to interrogatories and document requests by no later than **January 31, 2020** and will sit for her deposition in **February 2020**. The settlement conference currently scheduled for February 3, 2020 is hereby adjourned to **March 16, 2020 at 10:00 a.m.**

      The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

      SO ORDERED.

Dated: January 6, 2020
       New York, New York

                                                                  KATHARINE H. PARKER
                                                                   United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2020