

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

**MEMO ENDORSED**

Rina Bersohn
212.471.4410 direct
212.583.9600 main
rbersohn@littler.com

January 15, 2020

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/15/2020

Re: Guelda Brown v. Montefiore Medical Center
Case No. 18-cv-03861(PGG)(KHP)

Dear Judge Parker:

This law firm represents Defendants Montefiore Medical Center, Aretha Mack, Veronica Crute, and Anthony Leung (collectively, "Montefiore") in connection with the above-referenced matter.

We write to request that the settlement conference currently scheduled for March 16, 2020 be rescheduled to March 17, 2020. As noted during the recent telephone conference with the court, defense counsel needed to ascertain Montefiore's availability before being able to fully commit to a settlement conference date. Montefiore's primary client contact is not available on March 16th, and Bruce Strong, who represents Plaintiff Guelda Brown on a pro bono basis in connection with the settlement conference, will be out of the country from March 23 – April 3, 2020. March 17, 2020 is a date that works for all involved, and so Montefiore respectfully requests that the settlement conference be rescheduled to this date at a time that is convenient for the Court.

This is Montefiore's second request for a continuance of the settlement conference in this matter.

We thank Your Honor for your consideration of this request.

Respectfully submitted,

/s/Rina Bersohn

Rina Bersohn

cc: Guelda Brown (via e-mail and first class mail)
All counsel of record (via ECF)

**APPLICATION GRANTED:** The settlement conference in this matter currently scheduled for Monday, March 16, 2020 at 10:00 a.m. is rescheduled to <u>Tuesday, March 17, 2020 at 10:00 a.m.</u> in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>March 10, 2020 by 5:00 p.m.</u>

APPLICATION GRANTED

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.

01/15/2020