# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Bruce Strong, Esq.
bstrong@andersonkill.com
212-278-1034

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/27/2020
```

February 26, 2020

*By ECF*

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *Brown v. Montefiore Medical Center et al.*, 18-cv-03861-PGG-KHP (S.D.N.Y.)

Dear Judge Parker:

We represent *pro se* Plaintiff Guelda Brown for the limited scope of the upcoming settlement conference in the above-referenced matter.

We write to respectfully request that the settlement conference currently scheduled for March 17, 2020 be rescheduled to (in order of preference) either April 28, 2020 or April 13, 2020. Originally, the Court scheduled the settlement conference to take place on November 7, 2019, but on agreement by the parties, the Court moved the settlement conference to February 3, 2020 to "enable the parties to take deposition(s) and thus be in a better position to discuss potential settlement." *See* ECF No. 63. Your Honor subsequently rescheduled the settlement conference to March 16, 2020 (and then March 17, 2020 due to a scheduling conflict) to allow the parties time to complete discovery sufficiently in advance of the conference. ECF No. 73. Today, Your Honor granted the parties an additional two-week extension to complete discovery by March 13, 2020. ECF No. 75. Accordingly, we request that the settlement conference be moved to April 28, 2020 or April 13, 2020 to allow the parties sufficient time to review the additional discovery scheduled to be completed on March 13, 2020. Defendants consent to this extension request.

Respectfully submitted,

/s/ Bruce Strong

Bruce Strong

cc: Guelda Brown (via email)

---

**The settlement conference in this matter currently scheduled for Tuesday, March 17, 2020 at 10:00 a.m. is rescheduled to <u>Wednesday, May 6, 2020 at 10:00 a.m.</u> in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>April 29, 2020 by 5:00 p.m.</u>**

SO ORDERED:

*Katharine H Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

**02/27/2020**