USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/04/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GUELDA E. BROWN,

                        Plaintiff,                    **18-cv-03861 (PGG ) (KHP)**

      -against-                  **ORDER SCHEDULING TELEPHONIC**
                                                                       **STATUS CONFERENCE**

MONTEFIORE MEDICAL CENTER et al.,

                        Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic Status Conference in this matter is hereby scheduled for

**Wednesday, September 23, 2020 at 2:30 p.m.**  The Parties' are directed to call Judge Parker's

teleconference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

**The Clerk of Court is respectfully directed to mail a copy of this Order to the** *pro se*

**Plaintiff: Guelda E. Brown 611 West 156th Street #4 New York, NY 10032.**

SO ORDERED.

Dated: August 4, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge