

Littler Mendelson, PC
900 Third Avenue
New York, NY  10022.3298

**MEMO ENDORSED**

Rina Bersohn
212.471.4410 direct
212.583.9600 main
rbersohn@littler.com

August 13, 2020

> **The telephonic Status Conference in this matter that is scheduled for Wednesday, September 23, 2020 at 2:30 p.m. is hereby rescheduled to <u>Tuesday, October 6, 2020 at 11:30 a.m.</u> The Parties' are directed to call Judge Parker's teleconference line at the scheduled time. <u>Please dial (866) 434-5269, Access code: 4858267.</u> The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff: Guelda E. Brown 611 West 156th Street #4 New York, NY 10032.**
>
> SO ORDERED:
>
> *Katharine H. Parker*
>
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
>
> 08/13/2020

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     Guelda E. Brown v. Montefiore Medical Center et al.
        Case No.: 1:18-cv-03861

Dear Judge Parker:

    This law firm represents Defendants Montefiore Medical Center, Aretha Mack, Veronica Crute, and Anthony Leung in connection with the above-referenced matter.  We are in receipt of the Court's order scheduling a status conference for September 23, 2020 at 2:30 p.m. (ECF No. 85).  As I am unavailable on that date and time, Defendants respectfully request that the status conference be rescheduled to September 22nd between 10:00 a.m. – 5:00 p.m. or September 30th from 11:00 a.m. – 2:00 p.m.  We have conferred with Ms. Brown, and she has advised that she is available on either of the proposed dates and times for a rescheduled conference.

Respectfully submitted,

Littler Mendelson, P.C.


*/s/ Rina Bersohn*

Rina Bersohn


cc:     Jean Schmidt, Esq. (via ECF)
        Guelda Brown (via e-mail and first class mail)

littler.com