

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/28/2020

Rina Bersohn
212.471.4410 direct
212.583.9600 main
rbersohn@littler.com

August 28, 2020

> **The proposed briefing scheduled is hereby adopted.  The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff: Guelda E. Brown 611 West 156th Street #4 New York, NY 10032.**
>
> **SO ORDERED:**
>
> *Katharine H. Parker*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
> 08/28/2020

**VIA ECF**

Hon. Katherine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10017

Re:    Brown v. Montefiore Medical Center et al.
       Case No. 18-cv-03861

Dear Judge Parker:

Defendants' deadline to file their Motion for Summary Judgment is today, August 28, 2020.  However, several of Defendants' witnesses who are expected to sign declarations in support of Defendants' motion are out of the office for various reasons, including unexpected medical issues.  Counsel for Defendants has conferred with Ms. Brown, and subject to the Court's approval, the parties have agreed to the following revised briefing schedule:

Deadline for Defendants to file a Motion for Summary Judgment: September 1, 2020

Deadline for Plaintiff to file an Opposition to Defendants' Motion for Summary Judgment: September 29, 2020

Deadline for Defendants to file a Reply in Support of their Motion for Summary Judgment: October 20, 2020

Defendants respectfully request that the Court approve the revised briefing scheduling set forth above.

Hon. Katharine Parker
August 28, 2020
Page 2


Respectfully submitted,

Littler Mendelson, P.C.


*/s/ Rina Bersohn*

Rina Bersohn


cc:    Jean Schmidt, Esq. (via ECF)
        Guelda Brown (via e-mail and first class mail)