USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

GUELDA E. BROWN,

                      Plaintiff,                    18-cv-03861 (PGG ) (KHP)

      -against-                    **ORDER SCHEDULING**
                                                                **SETTLEMENT STATUS**
MONTEFIORE MEDICAL CENTER et al.,         **CONFERENCE**

                      Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        A telephonic Settlement Status Conference in this matter is hereby scheduled for **Wednesday, March 29, 2023 at 2:30 p.m.**  The Parties' are directed to call Judge Parker's teleconference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

        SO ORDERED.

Dated: March 23, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge